IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 17-cv-02661-RM-SKC

GREGORY C. CAMPBELL,

    Plaintiff,

v.

EATON CORPORATION, d/b/a Cooper Lighting Inc.,

    Defendant.

---

## ORDER
---

This matter is before the Court on the September 30, 2019 "Report & Recommendation Re: Motion to Dismiss Plaintiff's Complaint [#23]" of United States Magistrate Judge S. Cato Crews (the "Recommendation") (ECF No. 42) to grant Defendant's Motion to Dismiss (ECF No. 23) and dismiss without prejudice Plaintiff's Title VII and ADEA[1] claims and dismiss with prejudice Plaintiff's OSHA[2] retaliation claim. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 42 at pages 13-14.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

---

[1] Age Discrimination in Employment Act of 1967.
[2] Occupational Safety and Health Act.

The Court concludes that Magistrate Judge Crew's analysis was thorough and sound, and that there is no clear error on the face of the record.[3] *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The recommended disposition is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the Magistrate Judge's "Report & Recommendation Re: Motion to Dismiss Plaintiff's Complaint [#23]" (ECF No. 42) as modified herein;

(2) GRANTS Defendant's Motion to Dismiss (ECF No. 23);

(3) DISMISSES without prejudice Plaintiff's Title VII and ADEA claims;

(4) DISMISSES with prejudice Plaintiff's OSHA claim;

(5) DIRECTS the Clerk of the Court to enter judgment in favor of Defendant and against Plaintiff; and

(6) ORDERS that, as this matter is fully resolved, the Clerk shall close this case.

DATED this 24th day of October, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[3] Footnote 2 of the Recommendation contains a clerical error as it refers to a Second Amended Complaint. The Recommendation properly refers to and analyzes the allegations in the complaint. The Court accepts the Recommendation but modifies footnote 2 to refer to the complaint found at ECF No. 1.